IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| KIMBERLY GIBBS, | ) Case No. 2:15-cv-2414-MHW-EPD |
| | ) |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| | ) |
| vs. | ) |
| | ) |
| LLOYD & MCDANIEL, PLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

| | |
|---|---|
| Ronald S. Weiss (0076096) | Megan Urban (0081543) |
| 7035 Orchard Lake Road, Suite 600 | P O Box 23200 |
| West Bloomfield, MI 48322 | Louisville, KY  40223 |
| RWeiss@ConsumerLawInfo.com | murgan@alloydmc.com |
| (248) 737-8000 | (502) 585-1880 |
| (248) 737-8003 Fax | (502) 585-3054 -- Fax |
| *Lead Counsel for Plaintiff* | *Attorney for Defendant* |
| *Co-Counsel to Thompson Consumer Law Group, PLLC* | |

_____

**NOTICE OF SETTLEMENT**

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Ohio, Plaintiff's Notice of Settlement with all claims pending having been settled. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

By: s/Ronald S. Weiss
Ronald S. Weiss (0076096)

Filed electronically on this 24th day of August, 2016, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system on this 24th day of August, 2016 to:

## CERTIFICATE OF SERVICE

I certify that on August 24, 2016, the Notice of Settlement was filed with the Clerk of the U.S. District Court for the Southern District of Ohio using the CM/ECF system which will send notification of the same to counsel of record as follows:

Megan Janelle Urban
Lloyd & McDaniel, PLC
P.O. Box 23200
Louisville KY 40223
murban@lloydmc.com


s/ Ronald S. Weiss
Ronald S. Weiss