IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY GIBBS, | ) | Case No. 2:15-cv-2414-MHW-EPD |
| Plaintiff, | ) | |
| vs. | ) | |
| LLOYD & MCDANIEL, PLC, | ) | |
| Defendant. | ) | |

### ORDER VACATING SETTLEMENT WEEK

The Court Finds that the Settlement Week conference currently set for September 14, 2016 at 10:30 a.m. is no longer necessary as the parties have settled the underlying case.

**IT IS HEREBY ORDERED** that the Settlement Conference which is currently set for September 14, 2016 is canceled.

_9/12/2016_
Date

_[signature]_
United States Magistrate Judge